FILED
3/31/22 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-10135 TPA |
| Karen L. Dorby | : | Chapter 13 |
| Jami M. Blankenship | : | |
|     Debtors | : | |
| | | |
| Karen L. Dorby | : | |
| Jami M. Blankenship | : | |
| Movants | : | |
|     v. | : | |
| Ronda J. Winnecour, Esquire | : | Document No. 10 |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## ORDER

NOW, this __31st__ day of __March__, 2022, upon consideration of the motion of the debtors to amend the caption of this case, it is

ORDERED, that the motion is granted. It is further

ORDERED, that the caption of this bankruptcy case shall henceforth reflect the debtors' names as Karen L. Dobry and Jami M. Blankenship.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10135-TPA |
| Karen L. Dorby | Chapter 13 |
| Jami M. Blankenship | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Karen L. Dorby, Jami M. Blankenship, 1101 W 11th Street, Erie, PA 16502-1146 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2022                    Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Karen L. Dorby rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Joint Debtor Jami M. Blankenship rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Debtor Karen L. Dorby richard@seelingerlaw.com rjb8181@gmail.com |
| Richard J. Bedford | on behalf of Joint Debtor Jami M. Blankenship richard@seelingerlaw.com rjb8181@gmail.com |
| Ronda J. Winnecour | |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Mar 31, 2022 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6