# LUMEN®

**EMBARQ MANAGEMENT COMPANY**
100 CenturyLink Drive
Monroe, LA, 71203
(318)388-9000

| | | | | |
|---|---|---|---|---|
| **Employee Name:** KAREN L. DOBRY | **Pay Period:** 02/06/2022 to 02/19/2022 | | **Current Gross Pay:** | 1,798.46 |
| | **Pay Date:** 02/25/2022  PP #: 04-2022 | | **Current Net Pay:** | 912.23 |
| **Personnel Number:** 00065841 | **Cost Center:** E0018226  Base Rate: 21.56 | | **YTD Federal Taxable:** | 6,601.22 |

## EARNINGS AND OTHER PAYMENTS | TAXES AND OTHER DEDUCTIONS

| EARNINGS | Hours | Current | Year to Date | TAXES | Current | Year to Date |
|---|---|---|---|---|---|---|
| SALARY NON-EXEMPT | 69.41 | 1,502.30 | 5,949.05 | FEDERAL WITHHOLDING | 145.42 | 697.26 |
| HOLIDAY WORKED 1.5X | | | 840.84 | SOCIAL SECURITY | 103.49 | 464.88 |
| EVENING | 6.00 | 9.06 | 36.24 | MEDICARE | 24.20 | 108.72 |
| PTO | 10.19 | 222.50 | 389.59 | PENNSYLVANIA WITHHOLDING | 51.24 | 230.19 |
| HOLIDAY | | | 560.56 | PENNSYLVANIA UNEMPLOYMENT | 1.00 | 4.50 |
| SUNDAY DIFFERENTIAL | 20.00 | 51.80 | 202.02 | ERIE CITY | 27.54 | 123.72 |
| HIGHER CLASS DIFF @1.0 | 16.00 | 12.80 | 36.80 | PA LOCAL SERVICE TAX | 2.00 | 8.00 |
| **Total Gross** | | **1,798.46** | **8,015.10** | **Total Taxes** | **354.89** | **1,637.27** |

| IMPUTED INCOME | | Current | Year to Date | PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|---|---|---|---|
| STD BENEFIT | | 8.12 | 32.48 | DOLLARS & SENSE (401K) | 224.22 | 896.88 |
| | | | | PRE-TAX MEDICAL INS | 110.32 | 441.28 |
| LEAVE TYPE | Accruals | Deductions | Balance | PRE-TAX DENTAL INS | 20.60 | 82.40 |
| FLOATING HOLIDAYS | --- | --- | 8.00 | PRE-TAX VISION INS | 6.45 | 25.80 |
| PAID TIME OFF (PTO) | 8.56 | 10.19 | 26.57 | **Total Pre-Tax Deductions** | **361.59** | **1,446.36** |

| SUMMARY | | Current | Year to Date | POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|---|---|---|---|
| TOTAL GROSS | | 1,798.46 | 8,015.10 | 401K LOAN 1 | 54.25 | 217.00 |
| TOTAL EXPENSE REIMBURSED | | 0.00 | 0.00 | 401K LOAN 2 | 90.20 | 360.80 |
| TOTAL TAXES | | 354.89 | 1,637.27 | SUPP LIFE EMPLOYEE | 17.83 | 71.32 |
| TOTAL OTHER DEDUCTIONS | | 531.34 | 2,125.48 | SUPPLEMENTAL LTD | 5.38 | 21.52 |
| NET PAY | | 912.23 | 4,252.35 | SUPPLEMENTAL AD&D | 2.09 | 8.48 |
| | | | | **Total Post-Tax Deductions** | **169.75** | **679.12** |

| EXPENSES | Current | Year to Date | PAYMENT DETAILS | | Current |
|---|---|---|---|---|---|
| | | | MEMBERS 1ST FCU | | 912.23 |

**Employee Address:**
KAREN L. DOBRY
1101 W 11th St
Erie, PA, 16502

# LUMEN®

**EMBARQ MANAGEMENT COMPANY**
100 CenturyLink Drive
Monroe, LA, 71203
(318) 388-9000

| | | | | |
|---|---|---|---|---|
| Employee Name: KAREN L. DOBRY | Pay Period: 01/23/2022 to 02/05/2022 | | Current Gross Pay: | 1,792.06 |
| | Pay Date: 02/11/2022 PP #: 03-2022 | | Current Net Pay: | 907.34 |
| Personnel Number: 00065841 | Cost Center: E0018226 Base Rate: 21.56 | | YTD Federal Taxable: | 5,156.23 |

| EARNINGS AND OTHER PAYMENTS | | | | TAXES AND OTHER DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| **EARNINGS** | **Hours** | **Current** | **Year to Date** | **TAXES** | **Current** | **Year to Date** |
| SALARY NON-EXEMPT | 80.00 | 1,724.80 | 4,446.75 | FEDERAL WITHHOLDING | 144.65 | 551.84 |
| HOLIDAY WORKED 1.5X | | | 840.84 | SOCIAL SECURITY | 103.09 | 361.39 |
| EVENING | 6.00 | 9.06 | 27.18 | MEDICARE | 24.11 | 84.52 |
| PTO | | | 167.09 | PENNSYLVANIA WITHHOLDING | 51.05 | 178.95 |
| HOLIDAY | | | 560.56 | PENNSYLVANIA UNEMPLOYMENT | 1.00 | 3.50 |
| SUNDAY DIFFERENTIAL | 20.00 | 51.80 | 150.22 | ERIE CITY | 27.44 | 96.18 |
| HIGHER CLASS DIFF @1.0 | 8.00 | 6.40 | 24.00 | PA LOCAL SERVICE TAX | 2.00 | 6.00 |
| **Total Gross** | | **1,792.06** | **6,216.64** | **Total Taxes** | **353.34** | **1,282.38** |
| **IMPUTED INCOME** | | **Current** | **Year to Date** | **PRE-TAX DEDUCTIONS** | **Current** | **Year to Date** |
| STD BENEFIT | | 8.12 | 24.36 | DOLLARS & SENSE (401K) | 224.22 | 672.66 |
| | | | | PRE-TAX MEDICAL INS | 110.32 | 330.96 |
| **LEAVE TYPE** | **Accruals** | **Deductions** | **Balance** | PRE-TAX DENTAL INS | 20.60 | 61.80 |
| FLOATING HOLIDAYS | --- | --- | 8.00 | PRE-TAX VISION INS | 6.45 | 19.35 |
| PAID TIME OFF (PTO) | 8.56 | --- | 28.21 | **Total Pre-Tax Deductions** | **361.59** | **1,084.77** |
| **SUMMARY** | | **Current** | **Year to Date** | **POST-TAX DEDUCTIONS** | **Current** | **Year to Date** |
| TOTAL GROSS | | 1,792.06 | 6,216.64 | 401K LOAN 1 | 54.25 | 162.75 |
| TOTAL EXPENSE REIMBURSED | | 0.00 | 0.00 | 401K LOAN 2 | 90.20 | 270.60 |
| TOTAL TAXES | | 353.34 | 1,282.38 | SUPP LIFE EMPLOYEE | 17.83 | 53.49 |
| TOTAL OTHER DEDUCTIONS | | 531.38 | 1,594.14 | SUPPLEMENTAL LTD | 5.38 | 16.14 |
| NET PAY | | 907.34 | 3,340.12 | SUPPLEMENTAL AD&D | 2.13 | 6.39 |
| | | | | **Total Post-Tax Deductions** | **169.79** | **509.37** |
| **EXPENSES** | | **Current** | **Year to Date** | **PAYMENT DETAILS** | | **Current** |
| | | | | MEMBERS 1ST FCU | | 907.34 |

**Employee Address:**
KAREN L. DOBRY
1101 W 11th St
Erie, PA, 16502

# LUMEN®

EMBARQ MANAGEMENT COMPANY
100 CenturyLink Drive
Monroe, LA, 71203
(318)388-9000

| Employee Name : | KAREN L. DOBRY | Pay Period : | 01/09/2022 to 01/22/2022 | Current Gross Pay : | 2,126.66 |
|---|---|---|---|---|---|
| | | Pay Date : | 01/28/2022   PP #: 02-2022 | Current Net Pay : | 1,160.20 |
| Personnel Number : | 00065841 | Cost Center : | E0018226  Base Rate : 21.56 | YTD Federal Taxable : | 3,717.64 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY NON-EXEMPT | 62.15 | 1,342.11 | 2,721.95 |
| HOLIDAY WORKED 1.5X | 10.00 | 323.40 | 840.84 |
| EVENING | 6.00 | 9.06 | 18.12 |
| PTO | 7.45 | 167.09 | 167.09 |
| HOLIDAY | 10.00 | 215.60 | 560.56 |
| SUNDAY DIFFERENTIAL | 20.00 | 51.80 | 98.42 |
| HIGHER CLASS DIFF @1.0 | 22.00 | 17.60 | 17.60 |
| **Total Gross** | | **2,126.66** | **4,424.58** |

| IMPUTED INCOME | | Current | Year to Date |
|---|---|---|---|
| STD BENEFIT | | 8.12 | 16.24 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| FLOATING HOLIDAYS | --- | --- | 8.00 |
| PAID TIME OFF (PTO) | 8.56 | 7.45 | 19.25 |

| SUMMARY | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 2,126.66 | 4,424.58 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 435.08 | 929.04 |
| TOTAL OTHER DEDUCTIONS | 531.38 | 1,062.76 |
| NET PAY | 1,160.20 | 2,432.78 |

| EXPENSES | Current | Year to Date |
|---|---|---|

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 184.80 | 407.19 |
| SOCIAL SECURITY | 123.84 | 258.30 |
| MEDICARE | 28.96 | 60.41 |
| PENNSYLVANIA WITHHOLDING | 61.32 | 127.90 |
| PENNSYLVANIA UNEMPLOYMENT | 1.20 | 2.50 |
| ERIE CITY | 32.96 | 68.74 |
| PA LOCAL SERVICE TAX | 2.00 | 4.00 |
| **Total Taxes** | **435.08** | **929.04** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & SENSE (401K) | 224.22 | 448.44 |
| PRE-TAX MEDICAL INS | 110.32 | 220.64 |
| PRE-TAX DENTAL INS | 20.60 | 41.20 |
| PRE-TAX VISION INS | 6.45 | 12.90 |
| **Total Pre-Tax Deductions** | **361.59** | **723.18** |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| 401K LOAN 1 | 54.25 | 108.50 |
| 401K LOAN 2 | 90.20 | 180.40 |
| SUPP LIFE EMPLOYEE | 17.83 | 35.66 |
| SUPPLEMENTAL LTD | 5.38 | 10.76 |
| SUPPLEMENTAL AD&D | 2.13 | 4.26 |
| **Total Post-Tax Deductions** | **169.79** | **339.58** |

| PAYMENT DETAILS | | Current |
|---|---|---|
| MEMBERS 1ST FCU | | 1,160.20 |

**Employee Address :**
KAREN L. DOBRY
1101 W 11th St
Erie, PA, 16502

# LUMEN®

EMBARQ MANAGEMENT COMPANY
100 CenturyLink Drive
Monroe, LA, 71203
(318)388-9000

| | | | | |
|---|---|---|---|---|
| Employee Name : KAREN L. DOBRY | Pay Period : | 12/26/2021 to 01/08/2022 | Current Gross Pay : | 2,297.92 |
| | Pay Date : | 01/14/2022   PP #: 01-2022 | Current Net Pay : | 1,272.58 |
| Personnel Number : 00065841 | Cost Center : | E0018226  Base Rate : 21.56 | YTD Federal Taxable : | 1,944.45 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY NON-EXEMPT | 64.00 | 1,379.84 | 1,379.84 |
| HOLIDAY WORKED 1.5X | 16.00 | 517.44 | 517.44 |
| EVENING | 6.00 | 9.06 | 9.06 |
| HOLIDAY | 16.00 | 344.96 | 344.96 |
| SUNDAY DIFFERENTIAL | 18.00 | 46.62 | 46.62 |
| **Total Gross** | | **2,297.92** | **2,297.92** |

| IMPUTED INCOME | | Current | Year to Date |
|---|---|---|---|
| STD BENEFIT | | 8.12 | 8.12 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| FLOATING HOLIDAYS | 8.00 | --- | 8.00 |
| PAID TIME OFF (PTO) | 8.56 | --- | 18.14 |

| SUMMARY | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 2,297.92 | 2,297.92 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 493.96 | 493.96 |
| TOTAL OTHER DEDUCTIONS | 531.38 | 531.38 |
| NET PAY | 1,272.58 | 1,272.58 |

| EXPENSES | Current | Year to Date |
|---|---|---|

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 222.39 | 222.39 |
| SOCIAL SECURITY | 134.46 | 134.46 |
| MEDICARE | 31.45 | 31.45 |
| PENNSYLVANIA WITHHOLDING | 66.58 | 66.58 |
| PENNSYLVANIA UNEMPLOYMENT | 1.30 | 1.30 |
| ERIE CITY | 35.78 | 35.78 |
| PA LOCAL SERVICE TAX | 2.00 | 2.00 |
| **Total Taxes** | **493.96** | **493.96** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & SENSE (401K) | 224.22 | 224.22 |
| PRE-TAX MEDICAL INS | 110.32 | 110.32 |
| PRE-TAX DENTAL INS | 20.60 | 20.60 |
| PRE-TAX VISION INS | 6.45 | 6.45 |
| **Total Pre-Tax Deductions** | **361.59** | **361.59** |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| 401K LOAN 1 | 54.25 | 54.25 |
| 401K LOAN 2 | 90.20 | 90.20 |
| SUPP LIFE EMPLOYEE | 17.83 | 17.83 |
| SUPPLEMENTAL LTD | 5.38 | 5.38 |
| SUPPLEMENTAL AD&D | 2.13 | 2.13 |
| **Total Post-Tax Deductions** | **169.79** | **169.79** |

| PAYMENT DETAILS | | Current |
|---|---|---|
| MEMBERS 1ST FCU | | 1,272.58 |

**Employee Address :**
KAREN L. DOBRY
1101 W 11th St
Erie, PA, 16502

**Allin / Rose Consulting, Inc.**
2319 South Shore Drive
P.O. Box 8503
Erie, PA 16505

**Earnings Statement**

Check Date: February 25, 2022
Period Beginning: February 07, 2022
Period Ending: February 20, 2022

**Jami M Blankenship**   Employee Number   3     Department   200     Voucher Number   262
Pay Basis   Hourly                                                    Net Pay         972.51
                                                                      Check Amount

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 15.00 | 80.00 | 1200.00 | 320.00 | 4800.00 |
| **Total Gross Pay** | | 80.00 | 1200.00 | 320.00 | 4800.00 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| MED | | 1200.00 | 17.40 | 69.60 |
| MED-HI | | 1200.00 | | |
| SS | | 1200.00 | 74.40 | 297.60 |
| PASUI-E | | 1200.00 | 0.72 | 2.88 |
| PA-250201N | | 1200.00 | 19.80 | 79.20 |
| PA-ERI3 | | 1200.00 | 2.00 | 8.00 |
| PA | | 1200.00 | 36.84 | 147.36 |
| FITW | S1/0 | 1200.00 | 76.33 | 137.47 |
| **Total Tax Withholding** | | | 227.49 | 742.11 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx2241 | xxxxxx5025 | 972.51 |
| **Total Direct Deposits** | | 972.51 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Allin / Rose Consulting, Inc.**
2319 South Shore Drive
P.O. Box 8503
Erie, PA 16505

**Direct Deposit Advice**
Check Date          Voucher Number
February 25, 2022        262

\*\*\*This is not a check\*\*\*

4472 200    3 262 2
**Jami M Blankenship**
1101 West 11th Street
Erie, PA 16502

VOID

**Allin / Rose Consulting, Inc.**
2319 South Shore Drive
P.O. Box 8503
Erie, PA 16505

**Earnings Statement**

Check Date: February 11, 2022
Period Beginning: January 24, 2022
Period Ending: February 06, 2022

| Jami M Blankenship | Employee Number | 3 | Department | 200 | Voucher Number | 253 |
|---|---|---|---|---|---|---|
| Pay Basis | Hourly | | | | Net Pay / Check Amount | 1,028.46 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 15.00 | 80.00 | 1200.00 | 240.00 | 3600.00 |
| **Total Gross Pay** | | 80.00 | 1200.00 | 240.00 | 3600.00 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| MED | | 1200.00 | 17.40 | 52.20 |
| MED-HI | | 1200.00 | | |
| SS | | 1200.00 | 74.40 | 223.20 |
| PASUI-E | | 1200.00 | 0.72 | 2.16 |
| PA-250201N | | 1200.00 | 19.80 | 59.40 |
| PA-ERI3 | | 1200.00 | 2.00 | 6.00 |
| PA | | 1200.00 | 36.84 | 110.52 |
| FITW | M1/0 | 1200.00 | 20.38 | 61.14 |
| **Total Tax Withholding** | | | 171.54 | 514.62 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx2241 | xxxxxx5025 | 1028.46 |
| **Total Direct Deposits** | | 1028.46 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Allin / Rose Consulting, Inc.**
2319 South Shore Drive
P.O. Box 8503
Erie, PA 16505

**Direct Deposit Advice**
Check Date: February 11, 2022
Voucher Number: 253

***This is not a check***



4472 200    3 253 2
**Jami M Blankenship**
1101 West 11th Street
Erie, PA 16502

**Earnings Statement**

**Allin / Rose Consulting, Inc.**
2319 South Shore Drive
P.O. Box 8503
Erie, PA 16505

Check Date: January 28, 2022
Period Beginning: January 10, 2022
Period Ending: January 23, 2022

**Jami M Blankenship**   Employee Number   3

Department   200   Voucher Number   244
Net Pay   1,028.46
Check Amount

Pay Basis   Hourly

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 15.00 | 80.00 | 1200.00 | 160.00 | 2400.00 |
| Total Gross Pay |  | 80.00 | 1200.00 | 160.00 | 2400.00 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| MED |  | 1200.00 | 17.40 | 34.80 |
| MED-HI |  | 1200.00 |  |  |
| SS |  | 1200.00 | 74.40 | 148.80 |
| PASUI-E |  | 1200.00 | 0.72 | 1.44 |
| PA-250201N |  | 1200.00 | 19.80 | 39.60 |
| PA-ERI3 |  | 1200.00 | 2.00 | 4.00 |
| PA |  | 1200.00 | 36.84 | 73.68 |
| FITW | M1/0 | 1200.00 | 20.38 | 40.76 |
| **Total Tax Withholding** |  |  | **171.54** | **343.08** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx2241 | xxxxxx5025 | 1028.46 |
| **Total Direct Deposits** |  | **1028.46** |

---

REMOVE DOCUMENT ALONG THIS PERFORATION

---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT

**Direct Deposit Advice**

**Allin / Rose Consulting, Inc.**
2319 South Shore Drive
P.O. Box 8503
Erie, PA 16505

Check Date: January 28, 2022   Voucher Number: 244

***This is not a check***

4472 200   3 244 2
**Jami M Blankenship**
1101 West 11th Street
Erie, PA 16502

VOID

Allin / Rose Consulting, Inc.
814-452-3919
2319 South Shore Drive
P.O. Box 8503
Erie, PA 16505

Voucher Date: 01/14/2022
Voucher Number: 235

**Direct Deposit Advice**

*** This is not a check***

Direct Deposit Amount  ****** 1,028.46

4472   3  01/14/22  235

Jami M. Blankenship
1101 West 11th Street
Erie, PA 16502

RP_010_8201_Y © 2012 ReadyPayY

| Jami M. Blankenship | January 14, 2022 | 235 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp Id | 3 | Loc | 200 | Period Begin | 12/27/21 | Net Pay | 1,028.46 |
| SSN | XXX-XX-8302 | Hire Date | 11/24/20 | Period End | 01/09/22 | Dir Dep | 1,028.46 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 15.000000 | 600.00 | 1,200.00 |
| Regular | 40.00 | 15.000000 | 600.00 | |
| | 80.00 | | 1,200.00 | 1,200.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | | 1,200.00 | 20.38 | 20.38 |
| OASDI | | 1,200.00 | 74.40 | 74.40 |
| Medicare | | 1,200.00 | 17.40 | 17.40 |
| Medicare - Additional | | 1,200.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,200.00 | 36.84 | 36.84 |
| PA SUI - EE | | 1,200.00 | 0.72 | 0.72 |
| Erie - Erie City S D - E | | 1,200.00 | 19.80 | 19.80 |
| 250201 - Erie - Erie Cit | | 1,200.00 | 2.00 | 2.00 |
| | | | 171.54 | 171.54 |

### Payment Summary for Voucher 235

| | |
|---|---|
| Total Gross Pay | 1,200.00 |
| Federal Taxes | -112.18 |
| State and Local Taxes | -59.36 |
| Other Deductions | 0.00 |
| Net Pay | 1,028.46 |
| Direct Deposits | -1,028.46 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with ***5025 | 1,028.46 |
| | | 1,028.46 |