Certificate Number: 17082-PAW-DE-036515049

Bankruptcy Case Number: 22-10135



17082-PAW-DE-036515049

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2022, at 3:46 o'clock PM MST, JAMI M BLANKENSHIP completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 1, 2022             By:   /s/Orsolya K Lazar

                               Name: Orsolya K Lazar

                               Title: Executive Director