WWR#040964796

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | ) | BANKRUPTCY CASE NO. 22-10135-TPA |
|---|---|---|
|  | ) |  |
| KAREN L. DOBRY | ) | CHAPTER 13 PROCEEDING |
| JAMI M BLANKENSHIP | ) |  |
|  | ) |  |
| DEBTORS | ) |  |
|  | ) |  |
|  | ) | JUDGE Thomas P. Agresti |

## NOTICE OF APPEARANCE

Now comes Garry Masterson of Weltman, Weinberg and Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131, and enters his appearance as Attorney for the following Creditor in the above-captioned proceedings: BYRIDER FINANCE, LLC DBA CNAC.

Copies of all further communications, pleading, court notices, and other papers should be served on said Attorney as Attorney of Record.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Garry Masterson
Garry Masterson
Attorney for Creditor
965 Keynote Circle
Cleveland, OH 44131
877-338-9484
pitecf@weltman.com

## CERTIFICATE OF SERVICE

I certify that on 16 day of May, 2022 a true and correct copy of the foregoing Notice of Appearance was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Richard J. Bedford, Attorney for Debtor at richard@seelingerlaw.com

Ronda J. Winnecour, Trustee at inquiries@chapter13trusteewdpa.com

Office of the U.S. Trustee at ustpregion03.pi.ecf@usdoj.gov

and by regular U.S. Mail, postage prepaid on:

Karen L. Dobry
1101 W 11th St.
Erie, PA 16502

Jami M. Blankenship
1101 W 11th St.
Erie, PA 16502

/s/ Garry Masterson
Garry Masterson
Attorney for Creditor
965 Keynote Circle
Cleveland, OH 44131
877-338-9484
pitecf@weltman.com