# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 22-10135-JCM** |
| | : | **Chapter 13** |
| **Karen L. Dobry** | : | |
| **Jami M. Blankenship** | : | |
| *Debtors* | : | |
| | : | **Related to Claim No. 3** |
| | : | |
| **Rocket Mortgage, LLC** | : | |
| **f/k/a Quicken Loans LLC** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | **Document No.** |
| **Karen L. Dobry** | : | |
| **Jami M. Blankenship, and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Rocket Mortgage, LLC f/k/a Quicken Loans LLC** *at Claim No. 3* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $570.82 effective 12/1/2023.

Dated: October 26, 2023,

By    /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com