**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/07/2025

IN RE:

KAREN L. DOBRY
JAMI M. BLANKENSHIP
1101 W 11TH STREET
ERIE, PA 16502
XXX-XX-1886          Debtor(s)

XXX-XX-8302

Case No. 22-10135

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/7/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYPAL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8111 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN~ROCKET/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BYRIDER FINANCE LLC  D/B/A CNAC**<br>ATTN BANKRUPTCY DEPT<br>12802 HAMILTON CROSSING BLVD<br>CARMEL, IN 46032 | Trustee Claim Number: 3   INT %: 4.00%<br>Court Claim Number: 13<br>CLAIM: 15,228.67<br>COMMENT: 15417@4%/PL\*910 CL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0294 |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: PMT/DECL\*DK4LMT\*BGN 4/22 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5328 |
| **AFFIRM**<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA 94108 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~ALSO LISTED/SCH H | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AVANT INC**<br>PO BOX 9183380<br>CHICAGO, IL 60691 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7568 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 980.08<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5340 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 503.73<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5131 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 499.35<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4299 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 468.62<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2829 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083  CHARLOTTE, NC 28272-1083 | Trustee Claim Number:11  INT %: 0.00% Court Claim Number:12  CLAIM: 279.09 COMMENT: WALMART/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9815 |
| **PRA/PORTFOLIO RECOVERY ASSOC** POB 12914  NORFOLK, VA 23541 | Trustee Claim Number:12 INT %: 0.00% Court Claim Number:20  CLAIM: 533.47 COMMENT: CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6465 |
| **PRA/PORTFOLIO RECOVERY ASSOC** POB 12914  NORFOLK, VA 23541 | Trustee Claim Number:13 INT %: 0.00% Court Claim Number:21  CLAIM: 776.26 COMMENT: CITIBANK/THD*LOAN BGN 1/18/22 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2369 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** PO BOX 2489  KIRKLAND, WA 98083-2489 | Trustee Claim Number:14 INT %: 0.00% Court Claim Number:16  CLAIM: 83.91 COMMENT: LANE BRYANT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9586 |
| **COMENITY BANK++** PO BOX 182272  COLUMBUS, OH 43218 | Trustee Claim Number:15 INT %: 0.00% Court Claim Number:  CLAIM: 0.00 COMMENT: NT ADR~TORRID/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3113 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** PO BOX 2489  KIRKLAND, WA 98083-2489 | Trustee Claim Number:16 INT %: 0.00% Court Claim Number:15  CLAIM: 913.63 COMMENT: TORRID | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5134 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** C/O QUANTUM3 GROUP LLC PO BOX 2489 KIRKLAND, WA 98083-2489 | Trustee Claim Number:17 INT %: 0.00% Court Claim Number:14  CLAIM: 754.13 COMMENT: ULTA | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7270 |
| **DISCOVER BANK(*)** C/O DISCOVER PRODUCTS INC PO BOX 3025 NEW ALBANY, OH 43054-3025 | Trustee Claim Number:18 INT %: 0.00% Court Claim Number:1  CLAIM: 1,789.00 COMMENT: STALE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2946 |
| **GS BANK USA** PO BOX 45400  SALT LAKE CITY, UT 84145 | Trustee Claim Number:19 INT %: 0.00% Court Claim Number:  CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0252 |
| **KLARNA CREDIT** PO BOX 206487  DALLAS, TX 75320-6487 | Trustee Claim Number:20 INT %: 0.00% Court Claim Number:  CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0338 |

| Creditor | Trustee / Court Claim | Cred Desc / Account |
|---|---|---|
| **KLARNA CREDIT**<br>PO BOX 206487<br>DALLAS, TX 75320-6487 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LECOM SENIOR LIVING CENTER**<br>5535 PEACH ST<br>ERIE, PA 16509 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 43,281.32<br>COMMENT: XUNTY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MEMBERS FIRST FCU**<br>5000 LOUISE DR<br>MECHANICSBURG, PA 17055 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1749 |
| **PENDRICK CAPITAL PARTNERS LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 498.75<br>COMMENT: 3685/SCH*AHN EMRGNCY GRP OF ERIE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0972 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7784 |
| **PPL ELECTRIC UTILITIES**<br>827 HAUSMAN RD<br>ALLENTOWN, PA 18104 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 611.13<br>COMMENT: SYNCHRONY*AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6599 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,763.81<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8111 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 795.49<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6492 |
| **TD BANK USA NA***<br>C/O WEINSTEIN & RILEY PS(*)<br>PO BOX 93024<br>LAS VEGAS, NV 89193-3024 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 956.87<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3617 |

| CLAIM RECORDS | | |
|---|---|---|
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  2,624.40<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8302 |
| **MARY JANE BLANKENSHIP**<br>5535 PEACH ST<br><br>ERIE, PA  16509 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  319.86<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8302 |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS**<br>635 WOODWARD AVE<br><br>DETROIT, MI  48226 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  499.33<br>COMMENT:  CL3GOV*$0/PL*THRU 3/22 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  5328 |
| **WELTMAN WEINBERG & REIS CO LPA\*\***<br>ATTN CH 13 BANKRUPTCY NOTICES<br>5990 WEST CREEK RD STE 200<br><br>INDEPENDENCE, OH  44131 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CNAC~BYRIDER/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |