**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 22-10135-JCM** |
| | : | **Chapter 13** |
| **Karen L. Dobry** | : | |
| **Jami M. Blankenship** | : | |
| *Debtors* | : | |
| | : | **Related to Claim No. 3** |
| | : | |
| **Rocket Mortgage, LLC** | : | |
| **f/k/a Quicken Loans LLC** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | **Document No.** |
| **Karen L. Dobry** | : | |
| **Jami M. Blankenship, and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

**<u>DECLARATION</u>**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by

**Rocket Mortgage LLC f/k/a Quicken Loans LLC** *at Claim No. 3* in the above-captioned

bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the

modified debt, namely $615.73 effective 3/1/205..

Dated: February 7, 2025

By      /s/ Rebeka A. Seelinger
        Rebeka A. Seelinger, Esquire
        Pa. I.D. #93897
        4640 Wolf Rd
        Erie, PA 16505
        (814)-824-6670
        E-Mail: rebeka@seelingerlaw.com